UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA STEVEN MITCHELL,

    Petitioner,

                                                    Case No. 1:14-cv-659

v.

                                                   HONORABLE PAUL L. MALONEY

DEWAYNE BURTON,

    Respondent,

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 8). The Report and Recommendation was duly served on the parties. The petitioner previously requested and the Court granted two extensions of the deadline to file objections to the Report and Recommendation. No objections have been filed by either party.

      ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

      **THEREFORE, IT IS ORDERED** that the habeas corpus petition is **DENIED** for the reasons stated in the Report and Recommendation.

      **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

      **This action is terminated.**

Date:   January 15, 2015                            /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           Chief United States District