UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA STEVEN MITCHELL,

      Petitioner,

                                     Case No. 1:14-cv-659

v.

                                     HONORABLE PAUL L. MALONEY

DEWAYNE BURTON,

      Respondent,

_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and denying the petition

for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor

of respondent and against the petitioner.  A notice of appeal must ordinarily be filed within 30

days from the entry of this judgment under FED. R. APP. P. 4(a).


Date:   January 15, 2015                 /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          Chief United States District